885128

# UNITED STATES DISTRICT COURT

2023 JUL 19 PM 4:38

LAS CRUCES, NEW MEXICO

for the

District of New Mexico

FILED
U.S. DISTRICT COURT OF NEW MEXICO

2023 AUG -2 AM 11:51

CLERK-LAS CRUCES

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MANUEL PINEDA MONTOYA | ) Case No. 23-CR- 1105 KG |
| | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    MANUEL PINEDA MONTOYA _____,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 400 Grams and More of Fentanyl
(N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);
Count 2: 18 U.S.C. § 924(c)(1)(A)(i): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in
Furtherance of Such Crime;
Count 3: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition;
Counts 4 and 6: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 50 Grams and More of Methamphetamine;
Count 5: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 40 Grams and More of Fentanyl
(N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

Date:    07/19/2023                                    _B. Wilson_
                                                        _Issuing officer's signature_

City and state:    Las Cruces, New Mexico            Mitchell R. Elfers, Clerk of Court
                                                        _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 7/19/2023 , and the person was arrested on _(date)_ 8/1/2023 at _(city and state)_ Las Cruces, NM . |
| Date: 8/1/2023                    _Steve Archuleta_ _Arresting officer's signature_ |
| Steve Archuleta: DUSM FOR DEA _Printed name and title_ |