# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Gregory B. Wormuth

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| Case Number: | CR 23-1105 KG | UNITED STATES vs. MONTOYA | |
| Hearing Date: | 8/9/2023 | Time In and Out: | 9:11 - 9:15 A.M. (4 MIN) |
| Courtroom Deputy: | KRISTIN SOLIS | Digital Recording: | Sierra Blanca |
| Defendant: | MANUEL PINEDA MONTOYA | Defendant's Counsel: | JESS LILLEY |
| AUSA: | MARK SALTMAN | Pretrial/Probation: | LAURA GARIBAY |
| Interpreter: | N/A | | |

### Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Wednesday, August 30, 2023
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Gonzales
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant to remain in custody
- ☐ Conditions

### Other

- ☐