IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CRIMINAL NO.:  CR 23-1105 KG |
| vs. | ) ) ) | |
| MANUEL PINEDA MONOYA, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER DECLARING CASE COMPLEX

This Matter coming before the Court pursuant to the parties' Joint Motion to Declare this Case Complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and the Court having considered said motion, finds that as set forth in the motion, due to the nature of the prosecution, this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the 70-day time limit established by 18 U.S.C. § 3161(c)(1). The Court further finds that granting of the requested relief will provide the parties with sufficient time to conduct the discovery process, complete their respective investigations, and file and litigate pre-trial motions. Accordingly, the ends of justice served by the granting of this motion outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

**IT IS FURTHER ORDERED** that the pre-trial deadlines and the standard discovery orders are hereby vacated, and the parties shall submit a proposed discovery and case management schedule for this case within 30 days.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 3161(h)(7)(A), all of the time from the filing of the Motion to Declare the Case Complex until the beginning of the jury trial in this matter shall be excluded for the purpose of the Speedy Trial Act, and that the ends of justice in granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

**IT IS FURTHER ORDERED** that interim billing shall be permitted by appointed CJA defense counsel in this matter.

_____
UNITED STATES DISTRICT JUDGE