IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.: CR 23-1105 KG |
| | ) | |
| vs. | ) | |
| | ) | |
| MANUEL PINEDA MONTOYA. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# SCHEDULING ORDER

The Court, having granted the motion of the United States and the defendants to declare this case complex, and considering the parties proposed scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. October 30, 2023:   Completion of discovery by the government, including *Brady* material (except for the government's continuing duty to disclose);

2. November 6, 2023:   Completion of reciprocal discovery by the defendants (except for the defendants' continuing duty to disclose);

3. December 11, 2023:   Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

4. December 22, 2023:   Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions;

5. January 15, 2024:   Government's expert witness notices and reports; Fed R. Crim. P. 12 pretrial motions

6. January 22, 2024:   Defendants' expert witness notices and reports; responses to Fed. R. Crim. P. 12 pretrial motions;

7. February 12, 2024: Defendants' and Government's *Daubert* motions; plea agreements;

8. February 26, 2024: motions in limine; notice of defenses pursuant to Fed. R. Crim. P. 12.1 through 12.3;

9.       March 25, 2024: Government's and Defendants' responses to *Daubert* motions; responses to notices of defenses; responses to motions in limine;

10.     April 1, 2024:   Fed. R. Evid. 404(b) notices; jury instructions, proposed *voir dire*; and exhibit and witness lists;

11.     **April 8, 2024:   Pretrial conference and final motions hearing at 9:00 a.m.** Federal Courthouse, Las Cruces, New Mexico; and

12.     **April 22, 2024**: **Jury Selection/Trial at 9:00 a.m.** Federal Courthouse, Las Cruces, New Mexico.

The Court further orders that the United States shall make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972); and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
UNITED STATES DISTRICT JUDGE