# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　　　　　　No. CR 23-1105

**MANUEL PINEDA MONTOYA,**

    **Defendant.**

## MOTION TO WITHDRAW

**COMES NOW** Jess Lilley, counsel for Manuel Montoya, hereby moves the Court to permit him to withdrawal. As grounds Counsel states:

1. Montoya entered his plea on January 3, 2023, and is pending sentencing. The PSR was disclosed February 29,2024.

2. Counsel currently represents Montoya under appointment through the CJA Act.

3. Montoya is currently in the Dona Ana County Detention Center, and is facing significant prison time.

4. Undersigned counsel has been advised to slow down his practice due to recent health issues, thus he will be withdrawing from most if not all federal cases. Another CJA attorney should be appointed to handle Montoya's sentencing.

5. The Government does not oppose this motion.

**WHEREFORE** counsel moves this Court to permit counsel to withdraw in this matter.

Respectfully Submitted,

*E-filed on March 25, 2024*

<u>*Jess R. Lilley*</u>
Jess R. Lilley
Attorney for Defendant
1020 S. Main Street
Las Cruces, NM 88005
(575) 524-7809 Phone
(575) 526-2642 Fax
jess@lilleyandoconnell.com

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing document was mailed/e-filed on this <u>25th</u> day of March 2024 to opposing counsel, to wit:

Renee Camacho
U.S. Attorney's Office

<u>*Jess R. Lilley*</u>
Jess R. Lilley