IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  No. CR 23-1105 KG

MANUEL PINEDA MONTOYA,

    Defendant.

## ORDER PERMITTING WITHDRAW

**THIS MATTER** having come before the Court on Counsel's Motion Withdraw, and the Court being fully advised of the circumstances and there being no objection from the Gorvernment, finds that Jess Lilley should be permitted to withdraw as counsel of record for Manuel Montoya under grounds set forth in the motion, and that new CJA attorney should be appointed.

_____
UNITED STATES DISTRICT JUDGE