# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **23-1105KG** | USA vs.: | **MONTOYA** | |
| Date: | **4/11/2024** | Name of Deft: | **MANUEL PINEDA MONTOYA** | |
| Before the Honorable: | | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: | **10:01-10:21 AM** | Total Time in Court (for JS10): | **20 MINUTES** | |
| Clerk: | **ANNETTE NANEZ** | Court Reporter: | **FATIMA SANCHEZ** | |
| AUSA: | **RENEE CAMACHO** | Defendant's Counsel: | **GREG GARVEY** | |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** | |
| Probation Officer: | **CHARLES JUARROS** | Sworn? | Yes | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **Counts 3, 4, and 6** | |
| If Plea Agreement: | **X** | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **1/3/2024** | | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | Evidentiary Hearing: | Not Needed | Needed |
| Exceptions to PSR: | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | **180 MONTHS AS TO COUNT 3 AND 240 MONTHS AS TO COUNTS 4&6; SAID TERMS SHALL RUN CONCURRENTLY FOR A TOTAL TERM OF 240 MONTHS** |
|---|---|---|
| Supervised Release: | **3 YEARS AS TO COUNT 3 AND 5 YEARS AS TO COUNTS 4 AND 6; SAID TERMS SHALL RUN CONCURRENTLY WITH A TOTAL TERM OF 5 YEARS** | Probation: |

| | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: | |
|---|---|---|---|---|---|---|
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | **X** | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| **X** | Participate in/successfully complete subst abuse program/testing up to a maximum of 60 tests per year. | **X** | Reside halfway house (up to) 6 months | |
| **X** | Refrain from use/possession of alcohol testing up to a maximum of 4 tests per day. | | Participate in sex offender treatment program | |
| **X** | Submit to search of person/property | | Participate in an educational or vocational program | |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | **X** | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia | |
| **X** | Grant limited waiver of confidentiality | | Restricted from occupation with access to children | |
| | **OTHER:** | | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | | Restitution: $ | | |
| SPA: $ | **300.00** ($100) as to each Count | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | **CONSISTENT WITH A STIPULATION IN THE PLEA AGREEMENT, THE DEFENDANT FORFEITS HIS RIGHTS, TITLE, AND INTEREST IN THE FOLLOWING ASSETS AND PROPERTIES: (A) $11,721 IN UNITED STATES CURRENCY; (B) A WALTHER P22, .22 LR CALIBER PISTOL, SERIAL NUMBER L390027; (C) A GLOCK 44, .22 LR CALIBER PISTOL, SERIAL NUMBER AEGC343; (D) APPROXIMATELY 30 ROUNDS OF AN ASSORTED MAKE OF .22 LR CALIBER AMMUNITION; (E) A JIMENEZ ARMS JA 380, .380 AUTO CALIBER PISTOL, SERIAL NUMBER 269127; (F) APPROXIMATELY 27 ROUNDS OF AN ASSORTED MAKE OF .380 AUTO CALIBER AMMUNITION; (G) APPROXIMATELY 32 ROUNDS OF .22 AMMUNITION; (H) A 30-ROUND GLOCK MAGAZINE; AND (I) APPROXIMATELY 23 ROUNDS OF 9 MM AMMUNITION.** | | | |

| | | | | |
|---|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement | |
| **X** | Held in Custody | | Voluntary Surrender | |
| **X** | Recommended place(s) of incarceration: | **FCI- LA TUNA** | | |
| | Dismissed Counts: | | | |
| OTHER COMMENTS: | **GOVERNMENT ORAL MOTION IN COURT TO DISMISS COUNTS 1, 2, AND 5. GOVERNMENT WILL SUBMIT A PROPOSED ORDER.** | | | |