IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. <u>CR 23-1105 KG</u> |
| vs. | ) | |
| **MANUEL PINEDA MONTOYA**, | ) | |
| Defendant. | ) | |

ORDER DISMISSING COUNTS 1, 2 AND 5 OF INDICTMENT

THIS MATTER having come before the Court on oral motion by the United States Attorney for the District of New Mexico, for an Order dismissing Counts 1, 2 and 5 of the Indictment filed in this case, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Counts 1, 2 and 5 of the Indictment filed in this case be and hereby are dismissed without prejudice as to Defendant.

UNITED STATES DISTRICT JUDGE